# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SEAGRAPE REVOCABLE TRUST AGREEMENT
DATED JUNE 18, 2012,**
Appellant,

v.

**MCL CONSULTANTS, INC.,**
Appellee.

No. 4D2024-2531

[May 21, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Giuseppina Miranda, Judge; L.T. Case No. 062023CC004941AXXXCE.

Ronald Gilbert Rice, Jr. of Ron Rice, P.A., Boca Raton, for appellant.

Warren Evan Friedman and Kathryn A. Slye of Friedman Sklar PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely-filed motion for rehearing.***